# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 4, 2023

## NO. 03-22-00699-CV

**Philip Emiabata and Sylvia Emiabata, Appellants**

**v.**

**Shirley Borgmann, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE JONES**

This is an appeal from the order signed by the trial court on October 20, 2022. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.